# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 4, 2011

No. 09-50474
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

OMAR CARRIZOSA-FLORES,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:09-CR-281-1

ON REMAND FROM THE UNITED STATES SUPREME COURT

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

In light of the Supreme Court's judgment vacating and remanding this case, we hereby vacate the sentence and remand for resentencing. See *Carachuri-Rosendo v. Holder*, 130 S.Ct. 2577 (2010). The mandate shall issue forthwith.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.